UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:                                              Case No. 10-16179-BKC-AJC
                                                    Chapter 7
ABREU TILES, INC.

    Debtor(s).
_____/

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

(X)   The trustee has a balance of $4.03 remaining in the trustee's account which represents small dividends as defined by FRBP 3010.

.   Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: 4/5/11

                                                    _____
                                                    Soneet R. Kapila, Trustee
                                                    P.O. Box 14213
                                                    Fort Lauderdale, FL 33302
                                                    Phone: 954/761-8707
                                                    Fax: 954/761-1033
                                                    E-mail: trustee@kapilaco.com

Copies to: U.S. trustee

Soneet R. Kapila, Federal Bankruptcy Trustee
Post Office Box 14213, Fort Lauderdale, Florida 33302
Telephone: 954/761-8707   Facsimile: 954/761-1033   Website: www.kapilatrustee.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:                                                    Case No. 10-16179-BKC-AJC
                                                          Chapter 7
ABREU TILES, INC.

      Debtor(s).
_____/

## Attachment

| Claim # | Name/Address | Claim Amount | Distribution Amount |
|---|---|---|---|
| 2U | IRS<br>PO Box 21126<br>Philadelphia, PA 19114 | $115.30 | $4.03 |

Soneet R. Kapila, Federal Bankruptcy Trustee

Post Office Box 14213, Fort Lauderdale, Florida 33302
Telephone: 954/761-8707  Facsimile: 954/761-1033  Website: www.kapilatrustee.com